# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **ALONZO NOWELL** | : | **NO. 22-27** |

## ORDER

**AND NOW**, this 6th day of January 2023, upon consideration of Defendant Alonzo Nowell's Motion to Suppress Physical Evidence (the "Motion") (Doc. No. 23), the Government's Response in Opposition (Doc. No. 27), Defendant's Memorandum in Support of the Motion (Doc. No. 34), the Government's Supplemental Memorandum (Doc. No. 35), and in accordance with the Opinion of the Court issued on this day, it is **ORDERED** that the Motion to Suppress (Doc. No. 23) is **DENIED**.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.